IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MELLISA BALANT,

    Plaintiff,

v.

SHORT TERM DISABILITY INCOME PLAN FOR THE ASSOCIATES OF RESPIRONICS, INC., and CIGNA GROUP INSURANCE d/b/a LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendants.

No. 2:08-cv-01059

## STIPULATION

It is hereby STIPULATED and AGREED by and between counsel for Plaintiff, Mellisa Balant, and counsel for the Defendant, incorrectly named as "CIGNA Group Insurance d/b/a Life Insurance Company of North America," as follows:

Life Insurance Company of North America is the proper entity to be named in this action. Consistent with Federal Rule of Civil Procedure 41(a)(1), "CIGNA Group Insurance d/b/a Life Insurance Company of North America" is dismissed from this civil action, without prejudice, and "Life Insurance Company of North America" is substituted in its place.

/s/ Cathleen M. Devlin
Cathleen M. Devlin, Esquire/73680
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-8562
*Counsel for Defendant*
*Life Insurance Company of North America*

/s/ Gregory Paul
Gregory G. Paul, Esquire/83334
Robert Peirce & Associates., P.C.
2500 Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219
(412) 391-2835

*Counsel for Plaintiff*
*Mellisa Balant*

APPROVED AND ORDERED:

_____, J.

DATED: 8-29-08